# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MARIE JAMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OROVILLE, et al.,<br><br>　　　　　Defendants. | No. 2:23-CV-00215-MCE-DMC<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from this action. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to another Magistrate Judge for all further proceedings and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: February 14, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1