1  DERICK E. KONZ S.B. #286902
    Email:  dkonz@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendants CITY OF OROVILLE, SERGEANT ALI KHAN and OFFICER
7  ROBERT SASEK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA MARIE JAMES, | ) Case No.: 2:23-CV-00215-MCE-DMC |
|  | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
|  | ) **REFERRAL TO JUDGE NEWMAN FOR** |
| vs. | ) **SETTLEMENT CONFERENCE** |
|  | ) |
| CITY OF OROVILLE, et al. | ) |
|  | ) |
| Defendant. | ) |

///

///

///

---

-1-
STIPULATION AND ORDER FOR REFERRAL TO JUDGE NEWMAN FOR SETTLEMENT CONFERENCE

1    Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and request referral to Honorable
2  Magistrate Judge Kendall J. Newman for a settlement conference. The parties agree that a
3  settlement conference shall be set on **October 11, 2023 at 9:30 AM**, before the Honorable
4  Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with
5  Magistrate Judge Newman's Courtroom Deputy and request that it be conducted in-person.

6    **IT IS SO STIPULATED.**

7   Dated:  July 11, 2023                        ANGELO, KILDAY & KILDUFF, LLP

                                                  */s/ Derick E. Konz*
                                            By:_____
                                                  DERICK E. KONZ
                                                  Attorneys for Defendants

    Dated:  July 11, 2023

                                                  */s/ Robert Chalfant* (auth. on 7/7/23)
                                            By:_____
                                                  ROBERT CHALFANT
                                                  Attorneys for Plaintiff

1 **ORDER**

2 The parties' stipulation is GRANTED. A settlement conference shall be set on October 11, 2023, before the Honorable Magistrate Judge Kendall J. Newman. The parties are further ordered to provide a joint status report to the Court not later than ten (10) days after the conclusion of the settlement conference.

6 IT IS SO ORDERED.

7 Dated: July 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE