Robert Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd. #312
Rocklin, CA 95765
Telephone:  (916) 647-7728
Facsimile:  (916) 930-6093
Email:  robert@rchalfant.com

Attorney for Plaintiff
DANA MARIE JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MARIE JAMES,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF OROVILLE, OFFICER ROBERT SASEK, SERGEANT ALI KHAN, OFFICER ISAAC HERRERA and DOES 1-9,<br><br>          Defendants. | Case No.  2:23-cv-00215-MCE-CKD<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS,** on February 6, 2023, Plaintiff DANA MARIE JAMES filed the Complaint in this action against the CITY OF OROVILLE, OFFICER ROBERT SASEK, SERGEANT ALI KHAN and DOES 1 to 10, on February 6, 2023. (See Docket No.1.);

**WHEREAS,** Plaintiff previously referred to an unidentified individual as "DOE 1" in her Complaint and asserted that DOE 1 was involved in the constitutional, statutory and common law violations alleged. (Docket No. 1, page 6, para. 45, 46, 48.);

**WHEREAS** on March 15, 2023, the CITY OF OROVILLE, OFFICER ROBERT SASEK and SERGEANT ALI KHAN filed an answer to Plaintiff's Complaint. (Docket No. 6.);

///

1

**WHEREAS** after filing an Answer to the Complaint, the parties exchanged initial disclosures and have been engaged in discovery, including the service of written discovery and subpoenas, and the informal exchange of documents and information;

**WHEREAS,** Plaintiff has now discovered, through discovery and investigation, the name of previously unknown "DOE 1" and that individual is OFFICER ISAAC HERRERA;

**WHEREAS,** Plaintiff seeks to file her First Amended Complaint for Damages which adds OFFICER ISAAC HERERRA as a named Defendant, in place of fictitiously identified "DOE 1;"

**WHEREAS,** a copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit A;**

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file her First Amended Complaint, a copy of which is attached hereto as **Exhibit "A".**

2. Defendants' CITY OF OROVILLE, OFFICER ROBERT SASEK, SERGEANT ALI KHAN and OFFICER ISAAC HERRERA's responsive pleadings shall be due twenty-one (21) days after the First Amended Complaint is filed.

DATED: July 18, 2023                **LAW OFFICE OF ROBERT CHALFANT**

                                    By: */s/ Robert Chalfant*_____
                                        ROBERT CHALFANT
                                        Attorney for Plaintiff
                                        DANA MARIE JAMES

DATED: July 18, 2023                **ANGELO, KILDAY & KILDUFF, LLP**

                                    By: */s/ Derick Konz*_____
                                        DERICK E. KONZ
                                        Attorneys for Defendants CITY OF
                                        OROVILLE, OFFICER ROBERT SASEK,
                                        SERGEANT ALI KHAN and DOES 1-10.

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, DANA MARIE JAMES, is granted leave to amend to file her First Amended Complaint, a copy of which is attached hereto as Exhibit "A".

**IT IS ALSO ORDERED** that defendants' responsive pleading shall be due twenty-one days (21) after the First Amended Complaint is filed.

**IT IS FURTHER ORDERED** that, not later than two (2) days from the date this Order is electronically filed, Plaintiff shall file the FIRST AMENDED COMPLAINT on the docket.

**IT IS SO ORDERED.**

Dated: July 31, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE