**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**JOE LITTLE, SBN 322179**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile: (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant**
**ISAAC HERRERA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| DANA MARIE JAMES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OROVILLE, OFFICER ROBERT SASEK, SERGEANT ALI KHAN, OFFICER ISAAC HERRERA and DOES 1-9,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00215-MCE-CKD<br><br>**STIPULATION AND ORDER RE SERVICE OF PROCESS ON DEFENDANT HERRERA; TIME FOR HERRERA TO RESPOND; AND PARTICIPATION IN SETTLEMENT CONFERENCE** |

　　　Plaintiff DANA MARIE JAMES and Defendants CITY OF OROVILLE, OFFICER ROBERT SASEK, SERGEANT ALI KHAN, and OFFICER ISAAC HERRERA (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

　　　**WHEREAS**, attorneys Andrew T. Caulfield, Richard H. Caulfield, and Joe Little of Caulfield Law Firm ("Caulfield") have recently been retained to represent OFFICER ISAAC HERRERA ("Herrera") in this action;

　　　**WHEREAS**, Herrera has not yet been served with process in this action;

　　　**WHEREAS**, Herrera has authorized Caulfield to accept service of process on his behalf, and Plaintiff agrees to effectuate service of process on Herrera via service on Caulfield;

**WHEREAS**, the Parties agree that Herrera will have until October 16, 2023 to file his responsive pleading to Plaintiff's First Amended Complaint; and

**WHEREAS**, the Parties agree that neither Herrera nor Caulfield will be required to appear at the October 11, 2023 settlement conference in this matter, although both Herrera and Caulfield will be available via telephone during the settlement conference should either the Parties or the Settlement Conference Judge need to contact them.

**IT IS SO STIPULATED**.

Dated: September 20, 2023        LAW OFFICE OF ROBERT CHALFANT

By: __/s/ Robert Chalfant_____
    ROBERT CHALFANT
    Attorney for Plaintiff
    DANA MARIE JAMES

Dated: September 20, 2023        CAULFIELD LAW FIRM

By: __/s/ Andrew T. Caulfield_____
    ANDREW T. CAULFIELD
    Attorney for Defendant
    OFFICER ISAAC HERRERA

Dated: September 20, 2023        ANGELO, KILDAY & KILDUFF, LLP

By: __/s/ Derick E. Konz_____
    DERICK E. KONZ
    Attorney for Defendants
    CITY OF OROVILLE and SEGEANT ALI KHAN

Dated: September 20, 2023        PORTER SCOTT

By: __/s/ William E. Camy_____
    WILLIAM E. CAMY
    Attorney for Defendant
    OFFICER ROBERT SASEK

**ORDER**

Having reviewed the foregoing Stipulation, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. Defendant OFFICER ISAAC HERRERA ("Herrera") will file his responsive pleading to Plaintiff's First Amended Complaint on or before October 16, 2023; and

2. Neither Herrera nor his attorneys of record are required to appear at the October 11, 2023 settlement conference. However, Herrera and his attorneys must be available via telephone during the settlement conference should either the Parties or the Settlement Conference Judge need to contact them.

**IT IS SO ORDERED.**

**Dated:  September 25, 2023**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE